FILED
February 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>v.                            )<br>                              )<br>JAMIE MAROTTE,                )<br>                              )<br>            Defendant.        ) | Case No. 2:11-MJ-00048-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMIE MAROTTE</u>, Case No. <u>2:11-MJ-00048-GGH-1</u>, Charge <u>21 U.S.C. §§ 846 and 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  ✓  Bail Posted in the Sum of $ 150,000.00

  __  Unsecured Appearance Bond

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

  ✓  (Other)   Special conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 3, 2011</u> at <u>2:00 pm</u>.

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge