FILED
February 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-MJ-00048-GGH-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAMIE MAROTTE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMIE MAROTTE</u>, Case No. <u>2:11-MJ-00048-GGH-1</u>, Charge <u>21 U.S.C. §§ 846 and 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✓ Bail Posted in the Sum of $ 150,000.00

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✓ (Other)   <u>Special conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 3, 2011</u> at <u>2:00 pm</u>.

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge